CYRUS H. McCORMICK and another *vs.* IGNATIUS DONNELLY.

November 20, 1884.

**Practice—Verdict—Evidence.**

Action upon promissory notes given in part-payment for harvesting machines. Defendant pleaded a counterclaim for damages for an alleged breach of warranty upon the sale of the machines. At the trial in the district court for Dakota county, before *Crosby, J.,* the defendant had a verdict for $25.59. Plaintiffs appeal from an order refusing a new trial.

*Stringer & Seymour* and *Rea, Kitchel & Shaw,* for appellants.

*Hodgson & Schaller,* for respondent.

*By the Court.* On both the findings of fact, to which exception is taken on this appeal, there is sufficient evidence to sustain the verdict.

Order affirmed.